UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MIRANDA MALONEY
Reg. No. 20616-043,
    Petitioner,

vs.                                          Case No. 4:22-cv-349-WS/MAL

WARDEN, F.C.I. TALLAHASSEE,
    Respondent.
_____/

## REPORT AND RECOMMENDATION

In September of 2022, Petitioner Miranda Maloney, a federal prisoner proceeding pro se, filed a habeas petition under 28 U.S.C. § 2241. Petitioner raised a single ground for relief, claiming she was wrongly being denied the opportunity to earn sentencing credits under the First Step Act ("FSA") because of an active Alabama State detainer. ECF No. 1. The warden responded in opposition to the petition, and Petitioner filed a reply. ECF Nos. 10, 11. Most recently, the warden filed a "Notice of Inmate's Release and Suggestion of Mootness." ECF No. 12.

At the time she filed her petition, Petitioner's projected release date was December 10, 2023, via good conduct time release. *See* ECF No. 10 at 2. However, the Court may take judicial notice that the Bureau of Prisons' Inmate Locator reflects Petitioner was released on February 15, 2023. *See* https://www.bop.gov/inmateloc/

On February 6, 2023, amendments to BOP policy removed the prohibition on the application of federal time credits to inmates with pending charges and/or detainers. *See* ECF No. 12 at 3. On February 11, 2023, Petitioner's FSA Time Credits were auto calculated in accordance with the updated policy, and as a result, Petitioner became eligible to apply these credits towards release. *Id.* She was released four days later. Therefore, because she was awarded the credits she sought, the instant petition is moot.

On February 22, 2023, the Court entered an order giving Petitioner the opportunity to show cause why her § 2241 petition should not be dismissed as moot or to file a notice of voluntary dismissal. ECF No. 13. She was advised that failure to respond to the Court's order would result in a recommendation of dismissal. She has not responded to this order. Additionally, as further evidence of Petitioner's abandonment of this case, the Court notes she has not filed a notice of change of address since her release from custody nearly four weeks ago.

Accordingly, it is respectfully RECOMMENDED:

    1.    Petitioner's petition under 28 U.S.C. § 2241 be **DISMISSED as moot** due to the award of the credits she sought and her release from prison.

    2.    The clerk be directed to close the case file.

At Gainesville, Florida on March 17, 2023.

                                          s/ *Midori A. Lowry*
                                          Midori A. Lowry
                                          United States Magistrate Judge

## **NOTICE TO THE PARTIES**

Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the report and recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.