IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MIRANDA MALONEY,
Reg. No. 20616-043,

    Petitioner,

v.                                                                         4:22cv349–WS/MAL

WARDEN, F.C.I. TALLAHASSEE,

    Respondent.

_____

## ORDER DISMISSING PETITIONER'S § 2241 PETITION

Before the court is the magistrate judge's report and recommendation (ECF No. 14) docketed March 17, 2023. The magistrate judge recommends that the petitioner's § 2241 petition for writ of habeas corpus be dismissed as moot. The petitioner has filed no objections to the report and recommendation.

Having reviewed the matter, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 14) is ADOPTED and incorporated by reference into this order of the court.

2. Petitioner's §2241 petition for writ of habeas corpus (ECF No. 1) is DISMISSED as moot.

3. The clerk is directed to enter judgment stating: "All claims are dismissed as moot."

4. The clerk shall close the case.

DONE AND ORDERED this <u>  14th  </u> day of <u>  April  </u>, 2023.

s/ William Stafford<br>
WILLIAM STAFFORD<br>
SENIOR UNITED STATES DISTRICT JUDGE